# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143319

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANGELA MARIE SORANNO,
　　　　Plaintiff-Appellant,

v

NORMA HASSAN ABBAS, SOBHI H.
ABBAS and MOBIL GAS STN GREENFIELD
& TEN MILE, INC.,
　　　　Defendants-Appellees.
_____/

SC: 143319
COA: 296517
Wayne CC: 07-730107-NI

　　　　On order of the Court, the application for leave to appeal the May 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

Clerk

h1116